**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PETER BOOTH, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>-v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and PRA GROUP, INC.,<br><br>Defendants. | Civil Action No.: 2:19-cv-02089 |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
<u>NOTICE OF REMOVAL</u>**

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("Defendant" or "PRA"), by counsel, with the consent of Defendant PRA Group, Inc., hereby removes this civil action, pending in the Tenth Judicial District Supreme Court of the State of New York, County of Nassau, Index No. 611540/2018 (the "State Court Action"), to the United States District Court for the Eastern District of New York.  Removal is proper because this Court has subject matter jurisdiction over the action under federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, PRA removes this action to this Court, and in support thereof, states the following:

## I. BACKGROUND

1. Plaintiff Peter Booth ("Plaintiff") commenced the State Court Action against PRA by filing a Summons with Notice in the Supreme Court of New York, County of Nassau, on November 18, 2018 (the "Summons"). A copy of the Summons and the Notice Regarding Availability of Electronic Filing are attached hereto as **Exhibit A**.

2. On March 11, 2019, PRA's registered agent was personally served with the Summons and the Notice Regarding Availability of Electronic Filing of Action.

3. This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4. The above-captioned action is a suit for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

5. Co-Defendant, PRA Group, Inc., consents to the removal of this action.

## II. FEDERAL QUESTION JURISDICTION

6. This Court has original jurisdiction over Plaintiff's FDCPA claim pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. In his Summons, Plaintiff alleges PRA violated 15 U.S.C. 1692, *et seq.* and requests damages of $501,000.00.

9. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Summons involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FDCPA.

10. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

11. Venue is proper in this Court because this district and division encompass the Tenth Judicial District Supreme Court, County of Nassau, New York, the forum from which the case has been removed.  *See* 28 U.S.C. § 1441.

### IV. NOTICE

12. Concurrent with the filing of this Notice, PRA will file a Notice of Filing of Notice of Removal with the Clerk of the Tenth Judicial District Supreme Court, County of Suffolk, New York, a copy of which is attached hereto as **Exhibit B**.

13. Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, PRA hereby removes this action to this Court.

Dated: April 10, 2019  
New York, New York

By: */s/ Stephen J. Steinlight*  
Stephen J. Steinlight  
Amanda L. Genovese  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 704-6008  
Facsimile: (212) 704-6288  
Email: stephen.steinlight@troutman.com  
Email: amanda.genovese@troutman.com  
*Attorneys for Defendant*  
*Portfolio Recovery Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and sent, via first class mail, postage prepaid, to the following counsel of record:

>Mitchell L. Pashkin
>775 Park Avenue
>Ste. 255
>Huntington, NY 11743

>*/s/ Stephen J. Steinlight*
>Stephen J. Steinlight

38620025